PUBLISH

CORRECTED

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
11/19/98
THOMAS  K. KAHN
CLERK

* * * * * *

---------------
No. 95-4628
---------------
D.C. Docket No. 91-915-CR-EBD

UNITED STATES OF AMERICA,

                              Plaintiff-Appellant,

versus

ANGEL CERCEDA,

                              Defendant-Appellee.


* * * * * *

---------------
No. 95-4610
---------------
D.C. Docket No. 91-698-CR-WJZ

UNITED STATES OF AMERICA,

                              Plaintiff-Appellant,

versus

COURTNEY RICARDO ALFORD, a.k.a. "Rickey,"
EDWARD BERNARD WILLIAMS, a.k.a. "Bernard,"
NATHANIEL DEAN,

                              Defendants-Appellees.

* * * * * *

---------------
No. 95-4611
---------------
D.C. Docket No. 91-704-CR-NCR

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

HECTOR FERNANDEZ-DOMINGUEZ,

Defendant-Appellee.

\* \* \* \* \* \*

---------------
No. 95-4612
---------------
D. C. Docket No. 92-750-CR-NCR

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

JESUS E. CARDONA,

Defendant-Appellee.

\* \* \* \* \* \*

2

---------------
No. 95-4613
---------------
D. C. Docket No. 92-6023-CR-JAG

UNITED STATES OF AMERICA,

                              Plaintiff-Appellant,

versus

CARLOS HERNANDEZ,

                              Defendant-Appellee.

* * * * * *

---------------
No. 95-4617
---------------
D. C. Docket No. 91-681-CR-NCR

UNITED STATES OF AMERICA,

                              Plaintiff-Appellant,

versus

ADOLFO MESTRIL, a.k.a. "El Gordo,"
JOSE HERMINIO BENITEZ, a.k.a. "William
Muniz," a.k.a "Emilio," HERIBERTO ALVAREZ,
ELPIDIO, PEDRO IGLESIAS-CRUZ, a.k.a.
"Budweiser,"

                              Defendants-Appellees.

3

\* \* \* \* \* \*

---------------

No. 95-4618

---------------

D. C. Docket No. 91-6180-CR-JAG

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

MINNIE RUTH WILLIAMS,
RALPH W. CORKER,

Defendants-Appellees.

\* \* \* \* \* \*

---------------

No. 95-4626

---------------

D.C. Docket No. 90-741-CR-SH

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

HIRAM MARTINEZ, JR.,

Defendant-Appellee.

4

* * * * * *

---------------
No. 95-4629
---------------

D. C. Docket No. 92-39-CR-LCN

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

DIOGENES PALACIOS,

Defendant-Appellee.

* * * * * *

---------------
No. 95-4630
---------------

D. C. Docket No. 92-230-CR-SM

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

FRED DE LA MATA, MANUEL
A. CALAS, OSCAR CASTILLA
and ENRIQUE FERNANDEZ,

Defendants-Appellees.

* * * * * *

5

---------------
No. 95-4631
--------------
D. C. Docket No. 92-301-CR-UU-B

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

STEVEN JOHNSON,

Defendant-Appellee.

* * * * * *

---------------
No. 95-4632
---------------
D. C. Docket No. 92-573-CR-DLG

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

FRANCISCO JOSE ARIAS,
GUSTAVO JAVIER PIRELA-AVILA,

Defendants-Appellees.

* * * * * *

6

---------------
No. 95-4633
---------------
D. C. Docket No. 93-1-CR-DLG

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

ENRIQUE ACOSTA,
MILCIADES JIMINEZ,

Defendants-Appellees.

* * * * * *

---------------
No. 95-4634
---------------
D. C. Docket No. 93-31-CR-DLG

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

CARLOS A. ZAPATA,

Defendant-Appellee.

* * * * * *

---------------

No. 95-4635

---------------

D. C. Docket No. 93-72-CR-SM

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellant,

versus

JOSE MICHAEL VILARINO,

                                        Defendant-Appellee.

* * * * * *

---------------

No. 95-4659

---------------

D. C. Docket No. 91-413-CR-WDF

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellant,

versus

VICTOR LONG, ISRAEL AEL,
MIGUEL CAMPOS, JOSE VISOZO,
NARCISCO SUAREZ, and OSCAR
KARIN, a.k.a. MAS,

                                        Defendants-Appellees.

* * * * * *

---------------

No. 95-5244
---------------
D. C. Docket No. 91-8033-CR-MARCUS

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

JAVIER BONILLA,

Defendant-Appellee.

\* \* \* \* \* \*
---------------
No. 95-5298
---------------
D. C. Docket No. 92-39-CR-Nesbitt

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

DIOGENES PALACIOS,

Defendant-Appellee.

\* \* \* \* \* \*
---------------

9

No. 95-5369

---------------

D. C. Docket No. 92-117-CR-Moreno

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

ZAIDA FATIMA BORGE,
a.k.a. Gorda,

Defendant-Appellee.

* * * * * *

---------------
No. 95-5566
---------------

D. C. Docket No. 93-319-CR-EBD

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

FRANCIS JOSEPH BRADLEY,
a.k.a. Frank Bradley,

Defendant-Appellee.

* * * * * *

---------------

10

No. 96-4584
---------------
D. C. Docket No. 93-31-CR-GRAHAM

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

JAIME A. DURANGO,

Defendant-Appellee,

\* \* \* \* \* \*
---------------
No. 96-5043
---------------
D. C. Docket No. 92-117-CR-FAM

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

ZAIDA FATIMA BORGE,
a.k.a. Gorda,

Defendant-Appellee.

\* \* \* \* \* \*
---------------

11

No. 96-5067

---------------

D. C. Docket No. 91-698-CR-WJZ

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

NATHANIEL DEAN,
EDWARD BERNARD WILLIAMS,

Defendants-Appellees.

---------------

Appeals from the United States District Court for the
Southern District of Florida

---------------

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
(Opinion April 23, 1998, 139 F.3rd 847)

(November 19, 1998)

Before HATCHETT, Chief Judge, TJOFLAT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT and HULL, Circuit Judges.*

B Y  T H E  C O U R T:

A member of this court in active service having requested a poll on the suggestion of

rehearing en banc and a majority of the judges in this court in active service having voted in favor of

granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous

panel's opinion is hereby VACATED.

---

*Judge Stanley Marcus has recused himself and will not participate.
Senior Judge Paul H. Roney has elected to participate in further proceedings in this matter pursuant to 28  U.S.C. § 46(c).